## NOTICE OF TORT CLAIM

TO:

Attorney General of Indiana
Indiana Government Center S., 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770

3:23-cv-334

## STATEMENT OF FACTS

### I. Claimant

(Provide your name, current residence, and residence at the time your loss occurred)

I'm Thomas J. Newsom DOC#150004 located at Westville in R-dorm. The loss occured when I was moved to A-dorm from E-dorm.

### II. EVENTS

(Provide a short and plain statement of the facts on which your claim is based. Be sure to include the circumstances which brought about your loss and the time and place your loss occurred)

When I was moved from E-dorm to A-dorm in November of 2022 someone signed for by forgery and received my commasarry and union supply order. Commasarry has Refunded me for their part in the loss, but said they cant do anything about union supply, to file a grievence, which I've done twice, and received no responce. So now I'm filing this Tort claim to receive my familys Money back. The signature is clearly not my own if you look at the recipt, I was not on that complex the day it was passed out either.

1

### III. WITNESSES

(Provide the names of all persons involved if known)

1. Westvilles Commusarry workers
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

### IV. LOSSES

(State the extent of your losses)

1. 1 property Union Supply order in the amount of $100.00
2. 
3.

## V. DAMAGES SOUGHT

(List the amount of damages that you are seeking)

I just want the $100.00 for the order they gave to another individual please & Thank you.

Executed on this 16th day of March, 2023

RESPECTFULLY SUBMITTED

_____
CLAIMANT

Thomas J. Newsom #150004
Printed Name    DOC #
Westville Correctional Facility
5501 South 1100 West
Westville, Indiana 46391

4