# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

THOMAS J NEWSOM

      Plaintiff

  v.

                                              Civil Action No.  3:23-cv-334

ATTORNEY GENERAL OF INDIANA

      Defendant

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

 X  Other:  This case is DISMISSED as inadvertently opened.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

 X  decided by Judge Robert L Miller, Jr.

DATE: 5/2/2023                                    CHANDA J. BERTA, ACTING CLERK OF COURT

                                                          by   s/A. Highlen_____
                                                          *Signature of Clerk or Deputy Clerk*